# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 13-2617 (DWF/SER) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Isaac Perry, | |
| Respondent. | |

This matter is before the Court upon Respondent Isaac Perry's ("Respondent") objections to Magistrate Judge Steven E. Rau's November 8, 2013 Report and Recommendation insofar as it recommends that: (1) the United States of America's Petition to Determine Present Mental Condition of an Imprisoned Person Under 18 U.S.C. § 4245 be granted; (2) the Court find that Respondent is in need of custody for care or treatment of a mental disease or defect and that FMC-Rochester is a suitable facility for such care and treatment; and (3) Respondent be committed to the custody of the United States Attorney general pursuant to 18 U.S.C. § 4245 for hospitalization and treatment until Respondent is no longer in need of such custody for care and treatment. The Government filed a response to Respondent's objections on November 22, 2013. (Doc. No. 13.)

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Respondent's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1.   Respondent Isaac Perry's objections (Doc. No. [12]) to Magistrate Judge Steven E. Rau's November 8, 2013Report and Recommendation are **OVERRULED**.

2.   Magistrate Judge Steven E. Rau's November 8, 2012 Report and Recommendation (Doc. No. [11]) is **ADOPTED**.

3.   The United States of America's Petition to Determine Present Mental Condition of an Imprisoned Person Under 18 U.S.C. § 4245 (Doc. No. [1]) is **GRANTED**.

4.   The Court finds that Respondent is in need of custody for care or treatment of a mental disease or defect and that FMC-Rochester is a suitable facility for such care and treatment.

5.   Respondent is committed to the custody of the United States Attorney General pursuant to 18 U.S.C. § 4245 for hospitalization and treatment until Respondent is no longer in need of such custody for care and treatment.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 23, 2013        s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge